**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case #14-26330 |
| **Debtor:** CELEYNE PORTAL RAMOS | Chapter 13 |

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 06-12-2015 and the following parties were present:

1. [       ] The Debtor:
2. [       ] The Debtor's Attorney:
3. [       ] The Lender's Representative:
4. [       ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 06-12-2015 but not conducted for the following reason:

1. [       ] The parties settled prior to attending
2. [       ] The case was dismissed
3. [       ] The debtor failed to attend
4. [       ] The debtor's attorney failed to attend
5. [       ] The lender failed to attend
6. [       ] The lender's attorney failed to attend
7. [   X   ] Other: The case was dismissed.

**C.** The result of the MMM conference is as follows:

1. [       ] The parties reached an agreement
2. [   X   ] The parties did not reach an agreement


Dated: 05.19.16                Signature of Mediator:/s/ Tania Ochoa, Esq.
                               Printed Name: Tania Ochoa
                               Address: 2001 Palm Beach Lakes Blvd. Suite 502-F
                               West Palm Beach, FL 33409
                               Phone: (561) 355-5177
                               Email: Tania@ochoabankruptcy.com